1  **DONALD H. HELLER, SBN 55717**
2  **DONALD H. HELLER,**
   **A Law Corporation**
3  **655 University Avenue, Suite 215**
   **Sacramento, CA 95825**
4  **Tel: (916) 974-3500**
   **Fax: (916) 927-2009**
5  **E-mail: dheller@donaldhellerlaw.com**
6
7  **ATTORNEYS FOR PLAINTIFF**
   **ROBERT M. SZABO, M.D.**
8
9
                    IN THE UNITED STATES DISTRICT COURT
10                  FOR THE EASTERN DISCTRICT OF CALIFORNIA
11
   | ROBERT M. SZABO, M.D., M.P.H. | CASE NO. 2:06-cv-0972-MCE-DAD |
   |---|---|
   | Plaintiff, | |
   | vs. | STIPULATION FOR A STAY OF THE INSTANT PROCEEDINGS UNTIL A DECISION IS REACHED IN THE SACRAMENTO SUPERIOR COURT ON AN ADMINISTRATIVE WRIT FILED BY PLAINTIFF ROBERT M. SZABO, M.D., M.P.H. AND PROPOSED ORDER |
   | JOSEPH SILVA, M.D., INDIVIDUALLY, AND LARRY N. VANDERHOEF, INDIVIDUALLY, | |
   | Defendants. | |

                              **STIPULATION**

   Plaintiff Robert M. Szabo, M.D., M.P.H. by his attorney, Donald H. Heller, Esquire and Defendants Joseph Silva and Larry N. Vanderhoef by their attorney, Nancy J. Sheehan, Esquire, of Porter Scott Weiberg & Delehant respectfully submit this Stipulation to stay the instant proceedings until an administrative writ of mandate filed by Plaintiff against the University of California is decided.

   ///
   ///
   ///

After this instant Civil Rights action was filed, Plaintiff filed a filed an administrative writ of Mandate on June 26, 2006 in the Sacramento Superior Court titled *Szabo v. University of California, Davis, et. al.*, Case No. 06CS00919, in part based on a meet and confer letter sent by Ms. Sheehan asserting that this instant federal action was premature because Dr. Szabo had not exhausted his state administrative remedies. While Dr. Szabo believes that his case is distinguishable from the cases cited in Ms. Sheehan's letter, the writ of administrative mandate was filed and is assigned to Judge Patrick Marlette for all proceedings. Both Plaintiff and Defendants herein, agree that they would reasonably expect that the writ proceeding would be concluded before the end of 2006.

Based on the above facts, it is mutually agreed and stipulated to by and between the parties that in the interest of justice and judicial economy that this instant Civil Rights action be stayed until the writ proceeding is decided in the Superior Court of Sacramento County and that the stay expire upon entry of final judgment in the writ proceedings; it is further stipulated that thereafter, the parties will file a mutual report with this Court advising of the status of the writ proceeding as to whether an appeal by either party will be taken and the impact of that appeal on this instant action from the prospective of each side within forty-five (45) days. The parties further agree that if no appeal is taken after so advising this court in their mutual report of status, the parties will file a Joint Status Report in conformity with this Court's standing order within seventy-five (75) days of the entry of final judgment in the Superior Court.

Stipulated and agreed to:

Dated: July 14, 2006    /S/ *DONALD H. HELLER*
DONALD H. HELLER
Attorney for Plaintiff
Robert M. Szabo, M.D.,M.P.H.

Dated: July 14, 2006    /S/ *NANCY J. SHEEHAN*
Nancy J. Sheehan
Porter Scott Weiberg & Delehant
Attorneys for Defendants
Joseph Silva & Larry Vanderhoef

**ORDER**

**GOOD CAUSE APPEARING**, based on the stipulation of the attorneys for the parties; **IT IS HEREBY ORDERED** that this matter be stayed until the entry of final judgment in the administrative writ proceeding, *Szabo v. University of California, Davis, et. al.*, Case No. 06CS00919 in the Superior Court.  After final judgment is entered the parties hereto shall file within forty-five (45) days of the entry of said order, a mutual report with this Court advising of the status of the writ proceeding as to whether an appeal by either party will be taken and the impact of that appeal on this instant action from the prospective of each side.  If no appeal is taken, the parties shall file a Joint Status Report in conformity with this Court's standing order within seventy-five (75) days of the entry of final judgment in the Superior Court.

DATE:  July 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE