DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
655 University Avenue, Suite 215
Sacramento, CA 95825
Tel:  (916) 974-3500
Fax: (916) 927-2009
E-mail: dheller@donaldhellerlaw.com

ATTORNEYS FOR PLAINTIFF
ROBERT M. SZABO, M.D., M.P.H.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. SZABO, M.D., M.P.H.<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH SILVA, M.D., INDIVIDUALLY, AND LARRY N. VANDERHOEF, INDIVIDUALLY,<br><br>Defendants. | CASE NO.  2:06-CV-00972-MCE-DAD<br><br>STIPULATION AND ORDER FOR DISMISSAL |

Plaintiff Robert M. Szabo, M.D., M.P.H. by counsel Donald H. Heller, Esquire and Defendants Joseph Silva, M.D., and Larry N. Vanderhoef, by counsel Nancy J. Sheehan, Esquire, respectfully submit this Stipulation for Dismissal.

The parties participated in mediation on August 23, 2007.  As a result of the mediation, a resolution was reached that encompasses both the appeal pending in the Third District Court of Appeal and this federal court action.

Dated:   November  28, 2007              DONALD H. HELLER,
                                          A Law Corporation


                                          /S/ DONALD H. HELLER
                                          DONALD H. HELLER
                                          Attorney for Plaintiff
                                          ROBERT M. SZABO, M.D., M.P.H.

| | |
|---|---|
| Dated:   November  28, 2007 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br><br>/S/ NANCY J. SHEEHAN<br>NANCY J. SHEEHAN<br><br>Attorney for defendants<br>JOSEPH SILVA, M.D., AND LARRY N. VANDERHOEF |

IT IS SO ORDERED THAT THE ABOVE CASE IS DISMISSED.

Dated:   December 4, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE